

Priority Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 25 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
JAN 2 5 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. CHAKER,<br><br>Plaintiff<br><br>v.<br><br>FELIPA R. RICHLAND,<br>RICHLAND & ASSOCIATES,<br>NATHAN ENTERPRISES,<br><br>Defendants. | CV 05-7851 RSWL (PLAx)<br><br>**ORDER<br>GRANTING DEFENDANTS'<br>MOTION TO DISMISS**<br><br>THIS CONSTITUTES NOTICE OF ENTRY<br>AS REQUIRED BY FRCP, RULE 77(d). |

Defendants' Motion to Dismiss and Motion to Strike Plaintiff Darren D. Chaker's First Amended Complaint came on

regularly for hearing on January 9, 2006 at 9:00 AM. The Court has considered all of the papers submitted on the matter and
**THE COURT NOW FINDS AND RULES AS FOLLOWS:**

As a preliminary matter, this Court **GRANTS** Defendants' request for Judicial Notice pursuant to Fed. R. Evid. 201(b).

As to Defendants' Motion to Dismiss, this Court finds that the claims alleged by Plaintiff in his First Amended Complaint arise solely out of conduct clearly made in connection with a judicial proceeding. Namely, Plaintiff has alleged that Defendants' conduct of filing documents with this Court, in an underlying case, in support of Defendant Nathan Enterprises's motions gives rise to Plaintiff's claims for (1) Invasion of Privacy; (2) Unfair Business Practices; and (3) Violations of the Fair Credit Reporting Act.

This Court finds that Defendants' conduct of filing documents with this Court is squarely within California's statutory litigation privilege codified in California Civil Code Section 47(b). Thus, Defendants have absolute immunity against tort liability arising out of such a communication regardless of what attempts Plaintiff makes to plead around

this barrier and regardless of Plaintiff's attempts to label the cause of action. See Rubin v. Green, 4 Cal. 4th 1187, 1201-02 (1993). This Court also rejects Plaintiff's argument that by enacting the Fair Credit Reporting Act, Congress intended, or did in fact, preempt California's statutory litigation privilege.

Therefore with the presence of Defendants' litigation privilege and resulting immunity from derivative tort liability, Plaintiff has failed to state a claim upon which relief may be granted. And therefore, this Court **GRANTS** Defendants' Motion to Dismiss and **dismisses the action with prejudice.**

Subsequently, Defendants' Motion to Strike is **DENIED as Moot.**

**IT IS SO ORDERED.**

*RONALD S.W. LEW*
_____
**RONALD S.W. LEW**
United States District Judge

DATED: 1-24-06