# ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SEND

SCANNED

CIVIL MINUTES-GENERAL

CASE NO.  CV 04-2726-RSWL                DATE: March 13, 2006
TITLE:    Darren D. Chaker v. Nathan Enterprises Corporation

CASE NO.  CV 05-7851-RSWL
TITLE:    Darren D. Chaker v. Felipa R. Richland, et al.

PRESENT:  HONORABLE RONALD S.W. LEW, JUDGE

Kelly Davis                          Sheri Kleeger
Court Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS:            ATTORNEYS FOR DEFENDANTS:

Joshua Swigart                       Felipa Richland
                                     Russell Brown

PROCEEDINGS:  MOTION (Non-Evidentiary)

Court and counsel confer. Defendant's Motion for Attorneys' Fees and
Related Non-Taxable Costs [FRCP 54; LR 54-12; 15 USC 1681] is **GRANTED IN
PART AND DENIED IN PART** as to Case No. CV 04-2726-RSWL and **GRANTED** as to
Case No. CV 05-7851-RSWL; the Court **GRANTS** reasonable attorney fees in
the amount of $42,934.84.

As to CV 04-2726-RSWL, non-taxable costs are  **GRANTED** as to Nathan
Enterprises the amount of $6,257.84. As to CV 05-7851-RSWL, non-taxable
costs are **GRANTED** to Felipa Richland the amount of $3,059.34.

As to CV 05-7851-RSWL, the Court **GRANTS** Defendant's Motion Requesting
Leave to File Notice of Application to Clerk to Tax Costs; or in the
alternative, Request for Court Ruling on Defendant's Bill of Costs
Previously Lodged.

counsel is to submit a proposed order for this Court pursuant
to Local Rule 52-4.

Time: 5 minutes



DOCKETED ON CM

MAR 16 2006

BY _____ 141

MINUTES FORM 11                      INITIALS OF DEPUTY CLERK kd
CIV-GEN

25