Russell P. Brown (SBN: 84505)
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendants
FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and
NATHAN ENTERPRISES CORP.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARREN D. CHAKER, <br><br> Plaintiff, <br><br> v. <br><br> FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION D/B/A ONLINE MOTORS, <br><br> Defendants. | CV 05-7851 RSWL (PLAx) <br><br> [PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS <br><br> [FRCP 54; LR 54-12; 15 U.S.C. § 1681n(c)] <br><br> Date: March 13, 2006 <br> Time: 9:00 a.m. <br> Courtroom: 21 <br><br> Action Filed: September 1, 2005 |

On March 13, 2006, Defendants' Motion for Attorneys' Fees and Related Non-Taxable Costs pursuant to Federal Rules of Civil Procedure, Rule 54, Local Rule 54-12 and 15 U.S.C. § 1681n(c) came regularly for hearing before The Honorable Ronald S.W. Lew in Courtroom 21 in the above-entitled Court. Russell Brown of Gordon & Rees LLP appeared on behalf of Defendants, and Joshua Swigart appeared on behalf of Plaintiff.

Having reviewed the papers and documents submitted in support of and in opposition to Defendants' Motion for Attorneys' Fees and Related Non-Taxable

Costs and the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. Defendants' Motion for Attorneys' Fees and Related Non-Taxable Costs is GRANTED; and

2. Defendants are awarded their reasonable attorney fees in the amount of $39,875.50 and non-taxable costs in the amount of $3,059.34, for a total award of $42,934.84.

Dated: 4-4-06

RONALD S.W. LEW
United States District Judge

| UNITED STATES DISTRICT COURT | COURT USE ONLY |
|---|---|
| CENTRAL DISTRICT DISTRICT OF CALIFORNIA, WESTERN DIVISION | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):<br>Russell P. Brown (SBN 84505)   (619) 696-6700<br>GORDON & REES LLP   Fax: (619) 696-7124<br>101 West Broadway, Suite 1600<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>DARREN D. CHAKER V. FELIPA R. RICHLAND, ET AL. | |
| ATTORNEY FOR<br>Defendant FELIPA R. RICHLAND, RICHLAND & ASSOCIATES AND NATHAN ENTERPRISES CORP. | CASE NUMBER<br>CV 05-7851 RSWL (PLAx) |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: 101 West Broadway, Suite 1600, San Diego, CA 92101. On March 22, 2006, I served the within documents:

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND RELATED NON-TAXABLE COSTS**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

☒ by causing the document(s) above to be personally delivered to the person(s) at the address(es) set forth below.

☐ BY FEDERAL EXPRESS. I deposited said document(s) in a box or other facility regularly maintained by the express service carrier providing overnight delivery.

1  Joshua B. Swigart
   josh@westcoastlitigation.com
2  Robert L. Hyde
   bob@westcoastlitigation.com
3  Hyde & Swigart
   110 West C Street, Suite 2018
4  San Diego, CA 92101
   Tel: (619) 233-7770
5  Fax: (619) 330-4657
   **Attorneys for Plaintiff**
6
7      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.
8
9
10     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

11     Executed on March 22, 2006, at San Diego, California.

_____
Jeanne Mydland-Evans