FILED
CLERK, U.S. DISTRICT COURT
APR 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority     ✓
Send         ✓
Enter        ✓
Closed       ✓
JS-5/JS-6    ___
JS-2/JS-3    ___
Scan Only    ___

ENTERED
CLERK, U.S. DISTRICT COURT
MAY - 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARREN D. CHAKER,<br><br>   Plaintiff,<br><br>  v.<br><br>FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, dba ONLINE MOTORS<br><br>   Defendants. | CV 05-7851 RSWL (PLAx)<br><br>**ORDER AMENDING APRIL 4, 2006 ORDER GRANTING DEFENDANTS ATTORNEY'S FEES AND RELATED NON-TAXABLE COSTS** |

  On April 4, 2006, this Court granted Defendants Felipa Richland, Richland & Associates, and Nathan Enterprises' Motion for Attorneys' Fees and Related Non-Taxable Costs. Pursuant to this Order, Plaintiff Darren Chaker was ordered to pay Defendants reasonable attorneys' fees in the amount of $39,875.50 and non-taxable costs in the amount of $3,059.34, for a total award of $42,934.84.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

1

1  On April 6, 2007, Defendants filed a Motion to Amend the
2 April 4, 2006 Order to reflect Plaintiff's two other aliases
3 - Darren Del Nero and Darren Chaker DelNero.  Plaintiff has
4 not filed an Opposition to the Motion.

5  Having reviewed Defendants' Motion and the exhibits
6 attached thereto, the Court hereby amends its April 4, 2006
7 Order to award Defendants reasonable attorneys' fees and
8 non-taxable costs against Darren D. Chaker, *aka* Darren Del
9 Nero and Darren Chaker DelNero.

12 **IT IS SO ORDERED.**

14                                      RONALD S.W. LEW
15                              _____
                                       **RONALD S.W. LEW**
16                                 Senior U.S. District Judge

19 DATE: April 30, 2007