FELIPA R. RICHLAND, SBN 112458
felipa@richlandlaw.net
**RICHLAND & ASSOCIATES**
499 North Cañon Drive, 3rd Floor
Beverly Hills, California 90210
(310) 887-7067- Telephone
(310) 887-7068 - Facsimile

Attorneys for Defendant
NATHAN ENTERPRISES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DARREN D. CHAKER,<br><br>Plaintiff,<br><br>-vs-<br><br>FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, *dba ONLINE MOTORS*,<br><br>Defendants. | CASE NO. CV05-7851 RSWL (PLAx)<br><br>**SATISFACTION OF JUDGMENT**<br><br><br><br><br><br><br><br>ACTION FILED: 11/3/05<br>**ACTION CLOSED: 1/25/06** |

WHEREAS, a judgment was entered in the above action on April 5, 2007 and amended May 3, 2007 in favor of Defendants FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, *dba ONLINE MOTORS* and against Plaintiff DARREN D. CHAKER in the amount of $45,500.37 plus interest from the 5th day of April 2007 and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

1   THEREFORE, full and complete satisfaction of said judgment is hereby
2   acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry
3   of the full and complete satisfaction on the docket of the said judgment.

5   DATED: April 27, 2011                    RICHLAND & ASSOCIATES

By: _____/s/_____
Felipa R. Richland, Attorneys for Defendants
FELIPA R. RICHLAND, RICHLAND & ASSOCIATES and NATHAN ENTERPRISES CORPORATION, *dba ONLINE MOTORS*